IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01981-MSK-MJW

A.R. a minor by and through his Guardian ad Litem, TIMOTHY ROBERTS,

Plaintiff(s),

v.

OUTWARD BOUND, INC., et al.,

Defendant(s).

## MINUTE ORDER

     It is hereby ORDERED that Attorneys Steven R. Parminter and Kathleen M. Bragg of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, who represent Defendant Outward Bound, Inc., and Outward Bound International, Inc.'s, Motion to Withdraw (docket no. 15) is GRANTED. Attorneys Steven R. Parminter and Kathleen M. Bragg of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP who represent Defendant Outward Bound, Inc., and Outward Bound International, Inc. are withdrawn as counsel of record.

Date: October 1, 2008